UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER HAYES, | ) | NO. CV 18-0353-SJO(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: May 11, 2018.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE