**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER HAYES, | ) | NO. CV 18-0353-SJO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 11, 2018.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE